## Margaret J. and Hannah E. Marsh, Executrices of James Marsh, Deceased, v. Philadelphia, Appellant.

Argued Jan. 26, 1900. Appeal, No. 259, Jan. T., 1899, by defendant, from judgment of C. P. No. 4, Phila. Co., Sept. T., 1894, No. 876, on verdict for plaintiff. Before McCOLLUM, MITCHELL, FELL, BROWN and MESTREZAT, JJ. Reversed.

OPINION BY MR. JUSTICE MITCHELL, March 12, 1900:

This case is exactly similar in its circumstances to Stork v. Philadelphia, ante, p. 101, opinion filed herewith, and the judgment is reversed for the reasons there given.